Etta M. **COLLIER**, Plaintiff—Appellant,

v.

**COUNTY OF LOS ANGELES; et al.**, Defendants—Appellees.

No. 08–55714.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 6, 2008.\*

Filed Oct. 15, 2008.

Etta M. Collier, Carson, CA, pro se.

Russell W. Chittenden, USLA–Office of the U.S. Attorney, Timothy J. Kral, Manning & Marder, Los Angeles, CA, for Defendants–Appellees.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: WARDLAW, W. FLETCHER and RAWLINSON, Circuit Judges.

MEMORANDUM \*\*

A review of the record and the response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's grant of summary judgment in favor of defendants-appellees.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.